UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16182
  TAMI L VAN WAZER
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
  SSN XXX-XX-4079


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 09/05/07 .

    2.   The case was dismissed without confirmation, 01/04/2008.

    3.   The Debtor paid a total of $   2891.66 .

    4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE INC | UNSECURED | NOT FILED | .00 | .00 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| HIGHLAND RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| LA CHEPELLE CREDIT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| LEASE FINANCE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT CUIDE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PAU MICHAEL | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

```
SUPERIOR ASSET MANAGEMEN UNSECURED       NOT FILED                  .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER           TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00          .00             .00
PRINCIPAL PAID           .00          .00          .00          .00             .00
INTEREST PAID            .00          .00          .00          .00             .00
TOTAL PAID               .00          .00          .00          .00             .00
```

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $    3000.00
and was paid $     726.00  direct and $   2203.09  through the plan.

The Trustee received $     135.65 .

Refunds to the Debtor totaled $     552.92 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


      Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE